IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30295
Conference Calendar
_____

FRANK JOHNSON,

                                        Petitioner-Appellant,

versus

BURL CAIN, Warden, Louisiana State Penitentiary;
RICHARD P. IEYOUB, Attorney General, State of Louisiana,

                                        Respondents-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 96-CV-3035-E
- - - - - - - - - -
October 22, 1997

Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

Frank Johnson, Louisiana prisoner # 105244, appeals the district court's denial of his federal petition for habeas corpus. Johnson argued in the petition that his right to a fair trial was violated when the trial judge ordered him restrained during the jury trial.

We have reviewed the briefs of the parties and the record and find no reversible error in the denial of the petition.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Accordingly, we affirm for the reasons stated by the magistrate

judge and adopted by the district court.  See Johnson v. Cain,

No. 96-3035 (E.D. La., Feb. 6, 1997).

AFFIRMED.